# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand and seventeen.

Before:     Robert A. Katzmann,
            *Chief Judge*,
        Dennis Jacobs,
        Debra Ann Livingston,
            *Circuit Judges.*

_____

Davino Watson,

        Plaintiff - Appellant - Cross Appellee,

v.

United States of America,

        Defendant - Appellee - Cross Appellant,

Juan Estrada, Michael Ortiz, Timothy Gunther, John Does, 1-8,

        Defendants.

**JUDGMENT**
Docket Nos. 16-655 (L),
              16-1357 (XAP)

_____

    The appeals in the above captioned case from a judgment of the United States District Court for the Eastern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED with respect to the false imprisonment claim and AFFIRMED in all other respects. Watson's appeal regarding the amount of damages for false imprisonment is DISMISSED as moot.

                                    For The Court:

                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

